IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

DEANNE L. TAYLOR,       )
             )
   Plaintiff,      )  TC-MD 170043R
             )
   v.         )
             )
DEPARTMENT OF REVENUE,   )
State of Oregon,       )
             )
   Defendant.     ) **FINAL DECISION OF DISMISSAL**[1]

This matter came before the court on Defendant's Motion to Dismiss on the ground that

Plaintiff failed to appeal within the 90 days required by ORS 305.280(2).[2]

A review of Plaintiff's materials shows the Notice of Assessment was mailed to Plaintiff

on November 1, 2016. The Complaint was filed on January 31, 2017.[3] This interval is longer

than the 90 days required by ORS 305.280(2), which provides:

> "An appeal under ORS 323.416 or 323.623 or from **any notice of assessment** or
> refund denial issued by the Department of Revenue with respect to a tax imposed
> under ORS chapter 118, 308, 308A, 310, 314, 316, 317, 318, 321 or this chapter,
> or collected pursuant to ORS 305.620, **shall be filed within 90 days after the
> date of the notice**. An appeal from a proposed adjustment under ORS 305.270
> shall be filed within 90 days after the date the notice of adjustment is final."
> (emphasis added.)

Plaintiff argues that ORS 305.280(1) provides that an appeal may be "filed within 90

days after the act, omission, order <u>or determination becomes actually known to the person</u> [.]"

---

[1] This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered April 12, 2017. The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

[2] The court's references to the Oregon Revised Statutes (ORS) are to the 2015 edition.

[3] The Complaint was stamped "filed" by the court on February 2, 2017; however, pursuant to ORS 305.418(1), the Complaint was deemed filed "on the date shown by the post-office cancellation mark stamped upon the envelope containing it," which was January 31, 2017.

(emphasis in Plaintiff's response). She explains that there was a delay in her receiving the Notice of Assessment. Plaintiff's citation fails to quote the beginning of ORS 305.280(1), which states "Except as otherwise provided in this section." That is an important omission because ORS 305.280(2) sets forth a different time standard for appeals from a Notice of Assessment. The court is not aware of any circumstances that extend the statutory limit of 90 days. The court finds that Plaintiff's Complaint was untimely and Defendant's Motion to Dismiss should be granted. Now, therefore,

IT IS THE DECISION OF THIS COURT that Defendant's Motion to Dismiss is allowed. Plaintiff's appeal is dismissed.

Dated this ____ day of May, 2017.

_____
RICHARD DAVIS
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on May 2, 2017.*